IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARLA L. WOOTEN,

    Plaintiff,

v.                                          CASE NO. 4:08cv590-SPM/WCS

SECRETARY, D.O.C., et al.,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 7) dated April 20, 2009. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's Report and Recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2.     This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute.

DONE AND ORDERED this 26th day of May, 2009.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv590-SPM/WCS